| | |
|---|---|
| IN RE:<br>DANA ACKERMAN<br>12146 South Linden Road<br>Linden, MI 48451<br><br>Debtor(s)/ | CASE# 09-36851<br>CHAPTER 13<br><br><br><br>HON. DANIEL S. OPPERMAN |

## AMENDED PAYMENT ORDER

The above-named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(g) (E.D.M.);

IT IS HEREBY ORDERED that:

> Department Of Treasury
> Attn: Payroll
> Bureau of Management Services
> Financial Operations Division
> G. Mennen Williams Building, 2nd Floor
> 525 W. Ottawa Street
> PO Box 30754
> Lansing, MI, 48909

immediately forward and make payable to:

> Carl Bekofske
> Chapter 13 Trustee
> PO Box 2175
> Memphis, TN 38101-2175

$715.00 per Bi-Weekly (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

**Signed on June 10, 2014**

                                       **/s/ Daniel S. Opperman**
                                       **Daniel S. Opperman**
                                       **United States Bankruptcy Judge**